ACCEPTED
12-14-00310-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/26/2015 4:04:06 PM
CATHY LUSK
CLERK

**SEAN P. HEALY**, J.D.
ATTORNEY AT LAW
<genghis@healylaw.com>

113 E. Houston St.
Tyler Texas 75702-8130



**HEALY LAW OFFICES, P. C.**

WWW.HEALYLAW.COM

**LEGAL ASSISTANTS:**
STACI CLARK, B.S. <staci@healylaw.com>
MARIE ANGERMILLER, M.A. <marie@healylaw.com>

TEL: (903) 592-7566
FAX: (903) 592-7589

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/26/2015 4:04:06 PM

CATHY S. LUSK
Clerk

January 26, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front St., Suite 354
Tyler, Texas 75702-7854
**VIA ELECTRONIC FILING**
**RE:     CAUSE NO. 12-14-00310-CV; <u>Saxon v. Grove Club Lake, Inc.</u>**

Dear Ms. Lusk:

This letter is to inform the Court that a check in the amount of $911.00 has been delivered to Kim Christopher, Certified Court Reporter for the County Court at Law. A copy of that check is enclosed.

This represents payment for the Reporter's Record for this case.

Sincerely,

Staci Clark
Legal Assistant

cc:     Brandon Saxon
Kevin Giddens, Attorney at Law
Kris Christopher, Certified Court Reporter
(all with enclosure)